✓ #1017  # 128482

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2010 MAY 11 PM 2:32
CLERK, U.S.
BANKRUPTCY COURT

IN RE:

\*
\* CASE NO. 07-34227-S
\*
\* JUDGE RICHARD L. SPEER
\*
WILFRED C. ROBINSON SR. \* William L. Swope, Trustee
NORMA M. ROBINSON \* 221 South Main Street
\* Findlay, OH 45840
\* (419) 422-0288
\* Sup. Ct. #0029538
\*

REPORT ON DIVIDENDS OF LESS THAT FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named debtor(s), do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
|---|---|
| United Telephone Company of Ohio<br>d/b/a Embarq<br>P.O. Box 7971<br>Shawnee Mission, KS 66207-0971 | $ 3.73 |
| COLUMBIA GAS OF OHIO<br>200 CIVIC CENTER DR. 11TH FLOOR<br>COLUMBUS, OHIO 43215 | $ 1.59 |
| | $ 5.32 |

A check for $5.32 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Date: May 6, 2010

William L. Swope
Trustee